IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CPC Properties, Inc., 4010, LLC, Chickie's and Pete's, Inc. d/b/a Chickie's & Pete's, Packer Café, Inc., 130 Crabco NJ, LLC, EHT Crabco NJ, LLC, and CPC International LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Phillips Seafood d/b/a Phillips Seafood Shack, <br><br> Defendant. | Civil Action No. 1:07-cv-05980 (RMB-AMD) |

### STIPULATION FOR EXTENSION OF TIME

The undersigned parties hereby stipulate and agree that plaintiffs, CPC Properties, Inc., 4010, LLC, Chickie's and Pete's, Inc. d/b/a Chickie's & Pete's, Packer Café, Inc., 130 Crabco NJ, LLC, EHT Crabco NJ, LLC, and CPC International LLC, shall have an extension of time until August 25, 2008 to answer, move or otherwise respond to the counterclaims of defendant Phillips Seafood Atlantic City LLC, named as Phillips Seafood d/b/a Phillips Seafood Shack.

By: _____
BLANK ROME LLP
A Pennsylvania LLP
JONATHAN M. KORN
New Jersey Resident Partner
DENNIS P. MCCOOE
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
(856) 779-3600
Attorneys for Plaintiffs

By: _____
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
PAUL H. ZOUBEK
JAMES D. CASHEL
Liberty View, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
Attorneys for Defendant

So Ordered this 8th day of AUGUST, 2008

_____
Ann Marie Donio, USMJ

129716.00100/11811428v.2