```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| CPC PROPERTIES, INC., et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>PHILLIPS SEAFOOD d/b/a<br>PHILLIPS SEAFOOD SHACK,<br><br>       Defendant. | Civil No. 07-5980-RMB-AMD |

## SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **18th** day of **August 2008**, hereby **ORDERED:**

1. By consent, the August 12, 2008 initial scheduling conference is **RESCHEDULED** to **October 7, 2008 at 1:45 P.M.** before the undersigned in Room 2010, Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey.

                                               s/ Ann Marie Donio
                                               ANN MARIE DONIO
                                               United States Magistrate Judge

cc:  Hon. Renée Marie Bumb